IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-00376-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**RAYMOND RUSSELL GRISBACK,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        A Supervised Release Revocation Hearing is set for **February 16, 2011 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  January 20, 2011