IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-00376-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**RAYMOND RUSSELL GRISBACK,**

       Defendant.

**MINUTE ORDER**
*(changing time of hearing)*

Judge John L. Kane **ORDERS**

    The time of the Supervised Release Revocation Hearing set for February 16, 2011 is changed to **3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  February 7, 2011